# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TIHA WALMSLEY**                                                              **PLAINTIFF**

**v.**                              **CASE NO. 4:25-CV-00432-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Commissioner**                                                              **DEFENDANT**

### ORDER

After de novo review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 18] is adopted, and Tiha Walmsley's complaint is dismissed with prejudice.

IT IS SO ORDERED this 15th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE