## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TIHA WALMSLEY**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:25-CV-00432-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Commissioner**                                                    **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE